# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Anthony Fred Martin | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.     4:18-cv-1937-DCN |
| Mailroom Personnel "Rae", | ) | |
| Broad River Correctional Institution | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: This case is **dismissed** with prejudice, and without issuance and service of process.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge. The court adopts the Report and
Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date:   September 10, 2018                    *CLERK OF COURT*


                                        s/Debbie Stokes
                            _____
                                *Signature of Clerk or Deputy Clerk*